■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BOBBY DAIRSAW, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Suffolk County, rendered September 5, 1974, convicting him of murder, rape in the first degree and sodomy in the first degree, upon a jury verdict, and imposing sentence. Judgment affirmed. Appellant was entitled to the charge which he requested that his arraignment was unnecessarily delayed as a matter of law. However, in our opinion the delay had no bearing on the voluntariness of his statements, and consequently the court's submission of that issue to the jury as a question of fact did not constitute reversible error (see *People v Vargas,* 7 NY2d 555). The evidence supports the conclusion that he confessed because the mounting evidence against him compelled him to abandon all hope of extricating himself from the crimes (see *People v Carbonaro,* 21 NY2d 271). Based upon all of the evidence, we find that appellant's guilt was overwhelmingly established. We have examined his other contentions and find them to be without substance. Martuscello, Acting P. J., Rabin, Shapiro, Titone and Hawkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN DUDLEY, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Richmond County, rendered March 23, 1973, convicting him of assault in the second degree, upon a jury verdict, and imposing sentence. Judgment affirmed. While some of the comments made by the prosecutor during his summation were improper, we do not believe that the cumulative effect thereof was so prejudicial as to deprive the defendant of a fair trial. We observe that more than three years have elapsed between the date this case was assigned to the Legal Aid Society and the argument of this appeal. Counsel for the society could give no explanation for this inordinate delay. This court has previously made known its concern with the delays involved in appeals prosecuted by the Legal Aid Society. This situation is serious and should be corrected promptly. Gulotta, P. J., Hopkins, Latham, Cohalan and Hawkins, JJ., concur.